DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KARIM DONTERIOUS YEARWOOD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2912

_____

February 18, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Susan St. John, Judge.

PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and ATKINSON

_____

Opinion subject to revision prior to official publication.